IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01743-RPM-MJW

JOHN DELEHANTY,

    Plaintiff,

v.

TANNER ROZELL,

    Defendant.

___

## ORDER FOR DISMISSAL

___

Pursuant to the Stipulation for Dismissal with Prejudice [17], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated: May 6th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge